# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

June 7, 2024

CL-2022-1057

Michael Jerome Raby v. Alethea Raby (Appeal from Jefferson Circuit Court:  DR-19-900387).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

APPLICATION FOR REHEARING OVERRULED; MEMORANDUM DECISION OF MARCH 15, 2024, WITHDRAWN; MEMORANDUM SUBSTITUTED; AFFIRMED BY UNPUBLISHED MEMORANDUM.

No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk